UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VILLAGE AT RIVERWALK, INC.,

    Plaintiff,

v.                                            Case No. 8:23-cv-1279-SPF

INDIAN HARBOR INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

Defendant filed a notice indicating that this case has been completely settled (Doc. 87). Pursuant to Local Rule 3.09(b), this action is **DISMISSED WITHOUT PREJUDICE** subject to the right of any party, within sixty (60) days from the date of this Order, to move the Court for the purpose of entering a stipulated final order or judgment or for further proceedings. L.R. 3.09(b), M.D. Fla. After that 60-day period, dismissal shall be with prejudice. The Clerk is directed to: (1) terminate any pending motions/deadlines and (2) administratively close the case.

**ORDERED** in Tampa, Florida, on October 29, 2024.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE